UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------

UNITED STATES OF AMERICA

-v-

JESSICA SANCHEZ

-----------------------------------------------

JOHN GLEESON, U.S.D.J.

**UNSEALING ORDER**

**05-CR-343 (JG)**

The circumstances of this case no longer warrant the continued sealing of any of the in camera proceedings. It is therefore ORDERED that all sealed docket entries be unsealed.

SO ORDERED:

s/John Gleeson

JOHN GLEESON, U.S.D.J.

DATED: Brooklyn, N.Y.
July 24, 2007